IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARY JANELL JOHNSON,**

    **Plaintiff,**

**v.**

**HEALTHCARE REVENUE RECOVERY GROUP, a/k/a IMBS COLLECTIONS,**

    **Defendant.**　　　　　　　　　　　　　　　　**Case No. 10-cv-189-DRH**

## ORDER

**HERNDON, Chief Judge:**

    Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 4), filed pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)**. A Court order is unnecessary in order for Plaintiff to dismiss her case. Therefore, the Court hereby **ACKNOWLEDGES** Plaintiff's Voluntary **DISMISSAL** of this case, **WITHOUT PREJUDICE** and hereby instructs the Clerk of the Court to close the case.

    **IT IS SO ORDERED**.

    Signed this 5th day of April, 2010.

                                 /s/ David R. Herndon
                                 **Chief Judge**
                                 **United States District Court**